# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Elisha Holloway
Plaintiff

4:23-cv-01005-P-BJ
CASE NUMBER

v.

Revelstoke Venture, LLC
Defendant

Mark T. Pittman
JUDGE

## NOTICE OF APPEAL

Notice is hereby given that  Elisha Holloway
(Appellant's Name)

appeals to the United States Court of Appeals for the Fifth Circuit from the

Order for Dismissal pursuant to ECF No. 14 without prejudice.
(conviction and sentence); (sentence only); (order);(judgment)

entered in this action on  11/8/2023
(Date)

Date  1/16/24

Attorney/Pro Se Litigant Signature  /s/ Elisha H

Print Name  Elisha Holloway
Address  P.O. BOX 77963
City, State, Zip  Fort Worth, Texas 76177
Telephone  682-393-1919