# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 09, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-10039   Holloway v. Revelstoke Venture
                    USDC No. 4:23-CV-1005

Enclosed is an order entered in this case.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Lisa E. Ferrara, Deputy Clerk
                    504-310-7675

Ms. Elisha N. Holloway